# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re | |
| CENTRAL OKLAHOMA UNITED METHODIST RETIREMENT FACILITY, INC., *dba* EPWORTH VILLA, | Case No. 23-12607-SAH <br><br> Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Joel W. Harmon, of Crowe & Dunlevy, P.C., hereby enters his appearance in this case as counsel for BancFirst, an Oklahoma state-chartered bank, in its capacity as bond Trustee, and requests copies of all notices, filings and pleadings pursuant to Rule 9010(b) of the FED.R. BANKR. P. and Local Rule 9010-1(B).

Respectfully submitted,

*/s/ Joel W. Harmon*
Joel W. Harmon, OBA #11332

-Of the Firm-

CROWE & DUNLEVY,
A Professional Corporation
Braniff Building
324 N. Robinson, Ste. 100
Oklahoma City, OK 73102
(405) 239-6637
joel.harmon@crowedunlevy.com

**Attorney for BancFirst,
Bond Trustee**

Dated: October 2, 2023.

## CERTIFICATE OF SERVICE

       I hereby certify that on this 2nd day of October, 2023, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

Graydon D Luthey, Jr
Gable & Gotwals
100 West Fifth Street
Suite 1100
Tulsa, OK  74103
dluthey@gablelaw.com

*Attorney for Debtor*

Sidney K Swinson
Gable & Gotwals
110 N Elgin Avenue
Suite 200
Tulsa, OK  74120
sswinson@gablelaw.com

*Attorney for Debtor*

Jeffrey E Tate
Department of Justice, US Trustee
215 Dean A McGee
Room 408
Oklahoma City, OK  73102
jeff.tate@usdoj.gov

*Attorney for United States Trustee*

Craig M Regens
Gable Gotwals
BOK Park Plaza
499 W Sheridan Avenue
Suite 2200
Oklahoma City, OK
cregens@gablelaw.com

*Attorney for Debtor*

Marjorie J Creasey
Department of Justice, US Trustee
215 Dean A McGee Avenue
Room 408
Oklahoma City, OK  73102
marjorie.creasey@usdoj.gov

*Attorney for United States Trustee*

                                      */s/ Joel W. Harmon*
                                      Joel W. Harmon