## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:                                )

                                        )

Central Okla. United Methodist Retirement   )   Case No. 23-12607-SAH

Facility, Inc. *dba* Epworth Villa,            )   Chapter 11

                                        )

Debtor.                              )

                                        )

## ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rules 2002(g) and 9010(b), Jason A. Sansone of the law firm Phillips Murrah P.C. hereby enters his appearance as counsel for David Woods, and requests that copies of all notices and pleadings in this adversary proceeding be mailed to him at the address stated below. The Clerk of the Court is requested to place Jason A. Sansone on the mailing matrix in the above-styled case.

DATED this 12th day of October, 2023.

Respectfully submitted,
**PHILLIPS MURRAH, P.C.**

*/s/ Jason A. Sansone*
Jason A. Sansone, OBA No. 30913
101 North Robinson Ave., Suite 1300
Oklahoma City, OK 73102
(405) 235-4100 – telephone
(405) 235-4133 – facsimile
jasansone@phillipsmurrah.com
*ATTORNEYS FOR DAVID WOODS*