IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re<br><br>CENTRAL OKLAHOMA UNITED METHODIST RETIREMENT FACILITY, INC. *dba* EPWORTH VILLA,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-12607-SAH |

## NOTICE AND APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required in this case and all other pleadings and notices of all maters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules with respect to the administration of this case, and related affiliated cases filed concurrent with the Debtor's petition, be given to and served upon the following:

Michael A. Bickford
Fuller Tubb Bickford Warmington & Panach PLLC
201 Robert S. Kerr, Suite 1000
Oklahoma City, OK  73102
Telephone: (405) 235-2575
Facsimile: (405) 232-2186
mabick@fullertubb.com

PLEASE TAKE FURTHER NOTICE that pursuant to § 1009(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without

limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: October 20, 2023

s/Michael A. Bickford  
Michael A. Bickford, OBA #10208  
FULLER, TUBB, BICKFORD,  
WARMINGTON & PANACH, PLLC  
201 Robert S. Kerr Avenue, Suite 1000  
Oklahoma City, OK 73102  
Telephone: (405) 235-2575  
Facsimile: (405) 232-2186  
mabick@fullertubb.com  
ATTORNEY FOR THE ESTATE OF  
HARLENE BICKFORD, DECEASED

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, a true and correct copy of this Request for Notice was served on all parties entitled to such service via the Court's ECF System.

s/Michael A. Bickford  
Michael A. Bickford