**United States Bankruptcy Court**
**Western District of Oklahoma**

In re    **Central Okla. United Methodist Retirement Facility, Inc. dba Epworth Villa,**           Case No.    **23-12607-SAH**

                                                              Debtor(s)           Chapter    **11**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Joshua Farmer, attorney for Susan Kemp, a party in interest, in the above-captioned case, hereby gives notice of his appearance in said case.

Further, the above-named party in interest hereby requests that the Clerk of the above-named Court, counsel for the Debtor(s), Trustee, and any other party mailing notices in this case, mail to said counsel copies of any and all notices hereinafter given in this case in accordance with Bankruptcy Rule 2002, or otherwise.

Respectfully submitted the 31st day of October 2023.

/s/Joshua Farmer
Joshua Farmer, CA302846
3108 N. Classen Blvd
Oklahoma City, OK 73118
Phone: (405) 296-6859
Fax: (580) 581-1803
Attorney for Susan Kemp
josh@gplawok.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2023, a true and correct copy of the foregoing was electronically served using the CM/ECF system, namely:

- **Mike A. Bickford**
- **Brandon Craig Bickle**
- **J. Clay Christensen**
- **Marjorie J. Creasey**
- **Bradley E Davenport**
- **Joel W. Harmon**
- **Gerri L. Kavanaugh**
- **Graydon D Luthey**
- **Lorena Massey**
- **John W. Mee**
- **Jonathan M Miles**
- **Stephen J. Moriarty**
- **Shaun Michael Mullins**
- **Brock Z Pittman**
- **Ross A. Plourde**
- **Jason A Sansone**
- **Jerome S. Sepkowitz**
- **Kay Sewell**
- **James A Slayton**
- **Sidney K. Swinson**
- **Jeffrey E Tate**
- **John M. Thompson**
- **Mark B. Toffoli**
- **United States Trustee**

and via U.S. Mail, first class, postage prepaid to the following parties, to-wit:

Central Oklahoma United Methodist Retirement Facility, Inc.
14901 N. Pennsylvania Ave.
Oklahoma City, OK 73134-6071
OKLAHOMA-OK

/s/Joshua Farmer
Joshua Farmer, CA302846
Attorney for Susan Kemp