## **EXHIBIT 2**

**(Disclosure Statement Order)**

[To be Added]