**<u>GROUP EXHIBIT 3</u>**

**(Financial Statements)**

{2706834;2}

<u>Exhibit 3-1</u>

(Financial Statements for 2021)

**Central Oklahoma United Methodist Retirement Facility, Inc.**
**d/b/a Epworth Villa**
**Unaudited Financial Statements year ending 12/31/2021**

<u>**Notes to Financial Statements:**</u>

1 The attached financial statements have been prepared by management and not reviewed by an independent accounting firm.

2 The primary business of Epworth Villa is the operation of a campus Life Plan Community ("LPC") also known as a Continuing Care Retirement Community ("CCRC") in Oklahoma City, OK.  The Epworth Villa campus includes 263 independent living units, 114 beds for assisted living and memory support care, and 87 nursing beds.

3 A large majority of revenue received by Epworth Villa are entry fees, monthly fees, and per diem fees paid directly by residents.  The company also receives payments from Medicare and Managed Care organizations.

4 New independent living residents pay an initial entry fee depending on the unit selected and other terms of their residency agreement.  In accordance with accounting rules, these entry fees are recorded on the balance sheet as "Deferred and refundable entrance fees, net" and recognized as "Entrance Fee Revenue" over several years.  In some cases, a portion of the entry might be later paid back as a refund.

5 Epworth Villa has long term debt in the form of bonds with various maturities issued by the Oklahoma County Finance Authority.   The bonds are secured by certain property and equipment as well as net revenues and accounts receivable.

**EXHIBIT 3-1.1**

|  | **Epworth Villa**<br>**Balance Sheet** | **December 31,**<br>**2021** |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash and Cash Equivalents | $ | 791,047 |
| Accounts Receivable | | 1,695,386 |
| Prepaid Expenses and other Assets | | 1,029,721 |
| Inventory | | 9,800 |
| Assets held in trust, at fair value | | 1,502,936 |
| Total Current Assets | | 5,028,891 |
| | | |
| **Investments and other assets whose**<br>**use is limited, at fair value** | | |
| Assets held in trust (for bonds) | | 5,887,331 |
| Entrance fee escrowed funds | | 569,087 |
| Board designated funds | | - |
| Benevolent fund | | 2,729,119 |
| Beneficial interest in endowments | | 492,744 |
| Contributions receivable - net | | 22,220 |
| Total Investments | | 9,700,502 |
| | | |
| **Property and equipment, at cost:** | | |
| Land | | 2,688,010 |
| Building and improvements | | 115,698,444 |
| Equipment and fixtures | | 5,422,315 |
| Construction in progress | | 73,398 |
| | | 123,882,167 |
| Less: Accumulated Depreciation | | (52,684,964) |
| Net Property and equipment | | 71,197,203 |
| | | |
| Other deferred | | - |
| | | |
| **TOTAL ASSETS** | $ | 85,926,596 |

**EXHIBIT 3-1.2**

| **Epworth Villa** | **December 31,** |
|---|---|
| **Balance Sheet** | **2021** |

**LIABILITIES**
**Current Liabilities:**

| | |
|---|---|
| Accounts Payable | $ 2,338,469 |
| Accrued payroll and employee benefits | 654,054 |
| Entrance fee refunds | 2,443,617 |
| Entrance fee deposits and accrued interest | 109,317 |
| Payable from assets held by trustee: | - |
|   Current maturities of long-term debt | 1,945,000 |
|   Accrued interest | 997,957 |
| | |
|   Total current liabilities | 8,488,414 |
| | |
| Long term debt due after one year | 74,510,000 |
| Related party debt | (425,673) |
| Deferred and refundable entrance fees, net | 25,114,270 |
| | |
| **Total Liabilities** | 107,687,012 |

**Net Assets (Deficit)**

| | |
|---|---|
| Unrestricted: | |
|   Operating | (32,469,618) |
|   Board designated funds | 10,178,111 |
|    Total unrestricted | (22,291,507) |
| | |
| Temporarily restricted | 119,963 |
| Permanently restricted | 411,128 |
| | |
| **Total Net Assets (Deficit)** | (21,760,416) |
| | |
| **Total Liabilities & Net Assets (Deficit)** | $ 85,926,596 |

**EXHIBIT 3-1.3**

**Epworth Villa**
**Statement of Activities**
**For the twelve months ended December 31, 2021**

| | YTD Actual |
|---|---|
| **Operating Revenue** | |
| Independent Living | $ 8,601,709 |
| Nursing | 10,166,149 |
| Assisted Living | 5,269,103 |
| Miscellaneous Revenue | 2,135,114 |
| **Total Operating Revenue** | 26,172,075 |
| | |
| **Operating Expenses** | |
| General and Administrative | 3,797,537 |
| Human Development & Engagement | 321,100 |
| Marketing | 1,375,016 |
| Independent Living/Chaplain | 1,302,050 |
| Plant | 1,404,978 |
| Grounds | 480,360 |
| Safety | 360,162 |
| Housekeeping | 590,862 |
| Dining | 2,903,619 |
| Nursing | 7,411,587 |
| Assisted Living | 2,996,890 |
| Bad Debt Expense | 200,000 |
| **Total Operating Expenses** | 23,144,162 |
| | |
| **Net Operating Income (Loss)** | 3,027,913 |

**EXHIBIT 3-1.4**

**Epworth Villa**

| Statement of Activities<br>For the twelve months ended December 31, 2021 | YTD<br>Actual |
|---|---:|
| **Other Revenue** | |
| Donations | 85,829 |
| Oil and Gas Royalties | 362,401 |
| Realized Gains (Losses) | 419,247 |
| Investment Income | 127,577 |
| **Total Other Revenue** | 995,054 |
| | |
| **Other Expenses** | |
| Interest Expense | (4,015,623) |
| Use Temp Restricted Funds | - |
| Benevolent Funds and Scholarships | (156,244) |
| **Total Other Expenses** | (4,171,866) |
| | |
| **Non-Cash Income** | |
| Change in Value of Split Interest | - |
| Entrance Fees Earned | 2,137,121 |
| Amortization Recognized | 846,106 |
| **Total Non-Cash Income** | 2,983,227 |
| | |
| **Non-Cash Expenses** | |
| Depreciation & Amortization | (4,693,954) |
| **Total Non-Cash Expenses** | (4,693,954) |
| | |
| **Unrealized Gain/Loss Investment** | |
| Unrealized Gain (Losses) | (70,940) |
| **Total Unrealized Gain/Loss Investment** | (70,940) |
| | |
| **Total Non Operating Revenue/Expenses** | (4,958,479) |
| | |
| **Net Income (Loss)** | $ (1,930,566) |

**EXHIBIT 3-1.5**

Exhibit 3-2

(Financial Statements for 2022)

**Central Oklahoma United Methodist Retirement Facility, Inc.**
**d/b/a Epworth Villa**
**Unaudited Financial Statements year ending 12/31/2022**

<u>**Notes to Financial Statements:**</u>

1 The attached financial statements have been prepared by management and not reviewed by an independent accounting firm.

2 The primary business of Epworth Villa is the operation of a campus Life Plan Community ("LPC") also known as a Continuing Care Retirement Community ("CCRC") in Oklahoma City, OK. The Epworth Villa campus includes 263 independent living units, 114 beds for assisted living and memory support care, and 87 nursing beds.

3 A large majority of revenue received by Epworth Villa are entry fees, monthly fees, and per diem fees paid directly by residents. The company also receives payments from Medicare and Managed Care organizations.

4 New independent living residents pay an initial entry fee depending on the unit selected and other terms of their residency agreement. In accordance with accounting rules, these entry fees are recorded on the balance sheet as "Deferred and refundable entrance fees, net" and recognized as "Entrance Fee Revenue" over several years. In some cases, a portion of the entry might be later paid back as a refund.

5 Epworth Villa has long term debt in the form of bonds with various maturities issued by the Oklahoma County Finance Authority. The bonds are secured by certain property and equipment as well as net revenues and accounts receivable.

**EXHIBIT 3-2.1**

| Epworth Villa<br>**Balance Sheet** | December 31<br>**2022** |
|---|---|
| **ASSETS** | |
| **Current Assets:** | |
| Cash and Cash Equivalents | $ 659,428 |
| Accounts Receivable | 2,544,400 |
| Short Term Entry Fee Promissory Notes | 1,138,353 |
| Prepaid Expenses and other Assets | 1,058,419 |
| Inventory | 9,800 |
| Assets held in trust, at fair value | 1,129,132 |
| Total Current Assets | 6,539,531 |
| | |
| **Investments and other assets whose**<br>**use is limited, at fair value** | |
| Assets held in trust (for bonds) | 1,846,729 |
| Entrance fee escrowed funds | 7,360,988 |
| Board designated funds | - |
| Benevolent fund | 487,319 |
| Beneficial interest in endowments | 389,220 |
| Contributions receivable - net | 22,220 |
| Total Investments And Other Assets | 10,106,476 |
| | |
| **Property and equipment, at cost:** | |
| Land | 2,688,010 |
| Building and improvements | 116,487,498 |
| Equipment and fixtures | 5,634,917 |
| Restructuring Professional Fees | 501,389 |
| Construction in progress | 452,821 |
| Gross Property and Equipment | 125,764,635 |
| Less: Accumulated Depreciation | (57,578,148) |
| Net Property and equipment | 68,186,487 |
| | |
| Other Assets | - |
| | |
| **TOTAL ASSETS** | $ 84,832,494 |

**EXHIBIT 3-2.2**

| Epworth Villa | December 31 |
|---|---|
| **Balance Sheet** | **2022** |

**LIABILITIES**
**Current Liabilities:**

| | |
|---|---:|
| Accounts Payable | $ 2,058,771 |
| Accrued payroll and employee benefits | 736,832 |
| Entrance fee refunds | 4,923,612 |
| Entrance fee deposits and accrued interest | 134,381 |
| Payable from assets held by trustee: | - |
|   Current maturities of long-term debt | 1,945,000 |
|   Accrued interest | 993,998 |
|   Total current liabilities | 10,792,594 |
| | |
| Long term debt due after one year | 74,510,000 |
| Related party debt | (773,419) |
| Deferred and refundable entrance fees, net | 28,031,816 |
| **Total Liabilities** | 112,560,991 |

**Net Assets (Deficit)**

| | |
|---|---:|
| Unrestricted: | |
|   Operating | (38,356,181) |
|   Board designated funds | 10,178,111 |
|   Total unrestricted | (28,178,070) |
| | |
| Temporarily restricted | 119,963 |
| Permanently restricted | 411,128 |
| **Total Net Assets (Deficit)** | (27,646,978) |
| | |
| **Total Liabilities & Net Assets (Deficit)** | $ 84,914,012 |

**EXHIBIT 3-2.3**

**Epworth Villa**
**Statement of Activities**
**For the twelve months ended December 31, 2022**

|  | YTD Actual |
|---|---|
| **Operating Revenue** | |
| Independent Living | $ 9,205,958 |
| Nursing | 10,747,261 |
| Assisted Living | 6,464,520 |
| Miscellaneous Revenue | 799,082 |
| **Total Operating Revenue** | 27,216,821 |
| | |
| **Operating Expenses** | |
| General and Administrative | 4,073,277 |
| Human Development & Engagement | 392,488 |
| Marketing | 1,526,317 |
| Independent Living/Chaplain | 1,496,171 |
| Plant | 1,606,972 |
| Grounds | 310,239 |
| Safety | 367,231 |
| Housekeeping | 790,381 |
| Dining | 3,457,505 |
| Nursing | 8,717,358 |
| Assisted Living | 3,740,274 |
| **Total Operating Expenses** | 26,478,213 |
| | |
| **Net Operating Income (Loss)** | 738,608 |

**EXHIBIT 3-2.4**

**Epworth Villa**
**Statement of Activities**
**For the twelve months ended December 31, 2022**

| | YTD Actual |
|---|---|
| **Other Revenue** | |
| Donations | 312,452 |
| Restricted Donations | 5,200 |
| Oil and Gas Royalties | 543,351 |
| Realized Gains (Losses) | - |
| Investment Income | 178,120 |
| **Total Other Revenue** | 1,039,123 |
| | |
| **Other Expenses** | |
| Interest Expense | (3,991,844) |
| Use Temp Restricted Funds | (15,938) |
| Benevolent Funds and Scholarships | (190,941) |
| **Total Other Expenses** | (4,198,723) |
| | |
| **Non-Cash Income** | |
| Realized Gains (Losses) | (74,448) |
| Entrance Fees Earned | 2,068,685 |
| Amortization Recognized | - |
| **Total Non-Cash Income** | 1,994,237 |
| | |
| **Non-Cash Expenses** | |
| Depreciation & Amortization | (4,893,184) |
| **Total Non-Cash Expenses** | (4,893,184) |
| | |
| **Unrealized Gain/Loss Investment** | |
| Unrealized Gain (Losses) | (566,624) |
| **Total Unrealized Gain/Loss Investment** | (566,624) |
| | |
| **Total Non Operating Revenue/Expenses** | (6,625,171) |
| | |
| **Net Income (Loss)** | $ (5,886,563) |

**EXHIBIT 3-2.5**

Exhibit 3-3

(September 2023 Financial Statements)

{2706834;2}



# Monthly Financial Reports

# September 30, 2023

## Epworth Villa Dashboard
### September 30, 2023

| Occupancy | IL | SNF-LTC | AL MC | AL | Overall |
|-----------|------|---------|-------|------|---------|
| Month | 73.0% | 71.3% | 97.4% | 94.7% | 78.2% |
| YTD | 70.1% | 79.3% | 93.0% | 95.6% | 77.9% |













## Epworth Villa Dashboard
### September 30, 2023









**Epworth Villa**
**September  2023 Occupancy Statistics**

| Level of Care | Units Available | Occupied Actual | % Occupied | Occupied Budget | Variance To Budget | Prior Year | Variance Fr Prior |
|---|---|---|---|---|---|---|---|
| Independent Living | 263 | 192 | 73.0% | 178 | 14 | 179 | 13 |
| Nursing Long Term Care | | 27 | | 33 | -6 | 29 | -2 |
| Nursing Skilled | | 35 | | 36 | -1 | 36 | -1 |
| Total Nursing | 87 | 62 | 71.3% | 69 | -7 | 65 | -3 |
| Assisted Living Memory Care | 38 | 37 | 97.4% | 35 | 2 | 33 | 4 |
| Assisted Living Traditional | 76 | 72 | 94.7% | 70 | 2 | 69 | 3 |
| Total Assisted Living | 114 | 109 | 95.6% | 105 | 4 | 102 | 7 |
| Grand Total | 464 | 363 | 78.2% | 352 | 11 | 346 | 17 |

**Epworth Villa Occupancy Report by Unit Type**

**As of September 30, 2023**

| Apartments | Total | Occupied | Available | % Occupancy | |
|---|---|---|---|---|---|
| Independent Living | | | | | |
| Studio | 13 | 9 | 4 | 69.2% | |
| One Bedroom | 61 | 43 | 18 | 70.5% | |
| Two Bedroom | | | | | |
| IL | 113 | 74 | 39 | 65.5% | |
| IL East | 36 | 34 | 2 | 94.4% | |
| Cottages | 40 | 35 | 5 | 87.5% | |
| ---------- | ---------- | | ---------- | ---------- | |
| Total IL | 263 | 195 | 68 | 74.1% | |
| | | | | | |
| Assisted Living | | | | | |
| Studio | 6 | 5 | 1 | 83.3% | |
| One Bedroom | 94 | 88 | 6 | 93.6% | |
| Two Bedroom | 14 | 13 | 1 | 92.9% | |



**Balance Sheet**
**September 30, 2023**

| | Aug 31<br>2023 | Sept 30<br>2023 | Difference | | December 31,<br>2022 | Sept 30<br>2023 | Difference |
|---|---|---|---|---|---|---|---|
| | | | | **ASSETS** | | | |
| | | | | **Current Assets:** | | | |
| | $ 497,112 | $ 347,475 | $ (149,636) | Cash and Cash Equivalents | $ 659,428 | $ 347,475 | $ (311,952) |
| | 2,435,089 | 2,429,705 | (5,384) | Accounts Receivable | 2,544,400 | 2,429,705 | (114,694) |
| | 1,714,352 | 1,799,123 | 84,771 | Promissory Notes Receivable | 1,138,353 | 1,799,123 | 660,770 |
| | 1,028,447 | 1,114,791 | 86,343 | Prepaid Expenses and other Assets | 1,058,419 | 1,114,791 | 56,372 |
| | 9,800 | 9,800 | - | Inventory | 9,800 | 9,800 | - |
| | 1,756,263 | 1,525,897 | (230,366) | Assets held in trust, at fair value | 1,129,132 | 1,525,897 | 396,765 |
| | 7,441,064 | 7,226,792 | (214,272) | Total Current Assets | 6,539,531 | 7,226,792 | 687,260 |
| | | | | **Investments and other assets whose<br>use is limited, at fair value** | | | |
| | (2,442) | (5,706) | (3,264) | Assets held in trust (for bonds) | 1,846,729 | (5,706) | (1,852,436) |
| | 14,516,825 | 15,039,676 | 522,850 | Entrance fee escrowed funds | 7,360,988 | 15,039,676 | 7,678,688 |
| | 58,265 | 58,489 | 223 | Benevolent fund | 487,319 | 58,489 | (428,831) |
| | 399,597 | 385,192 | (14,405) | Beneficial interest in endowments | 389,220 | 385,192 | (4,028) |
| | 14,972,245 | 15,477,649 | 505,404 | Total Investments And Other Assets | 10,084,256 | 15,477,649 | 5,393,394 |
| | | | | **Property and equipment, at cost:** | | | |
| | 2,688,010 | 2,688,010 | - | Land | 2,688,010 | 2,688,010 | - |
| | 117,104,780 | 117,225,692 | 120,912 | Building and improvements | 116,487,498 | 117,225,692 | 738,194 |
| | 5,698,386 | 5,698,386 | - | Equipment and fixtures | 5,634,917 | 5,698,386 | 63,469 |
| | 1,595,670 | 1,989,120 | 393,450 | Restructuring Professional Fees | 514,749 | 1,989,120 | 1,474,370 |
| | 492,353 | 496,246 | 3,893 | Construction in progress | 452,821 | 496,246 | 43,425 |
| | 127,579,198 | 128,097,453 | 518,254 | Gross Property and Equipment | 125,777,995 | 128,097,453 | 2,319,458 |
| | (60,905,422) | (61,323,448) | (418,025) | Less:  Accumulated Depreciation | (57,578,148) | (61,323,448) | (3,745,300) |
| | 66,673,776 | 66,774,005 | 100,229 | Net Property and equipment | 68,199,847 | 66,774,005 | (1,425,842) |
| | - | - | - | Other Assets | - | - | - |
| | $ 89,087,085 | $ 89,478,446 | $ 391,361 | **TOTAL ASSETS** | $ 84,823,634 | $ 89,478,446 | $ 4,654,812 |



EPWORTH VILLA

*A Life Plan Community*

**Balance Sheet**
**September 30, 2023**

| | Aug 31 2023 | Sept 30 2023 | Difference | | December 31, 2022 | Sept 30 2023 | Difference |
|---|---|---|---|---|---|---|---|
| | | | | **LIABILITIES** | | | |
| | | | | **Current Liabilities:** | | | |
| $ | 2,440,281 | $ 3,257,852 | 817,572 | Accounts Payable | $ 2,361,268 | $ 3,257,852 | $ 896,584 |
| | 457,920 | 529,144 | 71,224 | Accrued payroll and employee benefits | 736,989 | 529,144 | (207,845) |
| | 5,848,568 | 6,558,473 | 709,905 | Entrance fee refunds | 4,802,627 | 6,558,473 | 1,755,847 |
| | 118,572 | 75,820 | (42,752) | Entrance fee deposits and accrued interest | 106,312 | 75,820 | (30,492) |
| | | | | Payable from assets held by trustee: | | | |
| | 1,945,000 | 1,945,000 | - | Current maturities of long-term debt | 1,945,000 | 1,945,000 | - |
| | 3,655,228 | 3,987,881 | 332,654 | Accrued interest | 993,998 | 3,987,881 | 2,993,883 |
| | 14,465,569 | 16,354,171 | 1,888,602 | Total current liabilities | 10,946,193 | 16,354,171 | 5,407,978 |
| | 74,510,000 | 74,510,000 | - | Long term debt due after one year | 74,510,000 | 74,510,000 | - |
| | (727,202) | (1,252,289) | (525,087) | Related party debt | (731,870) | (1,252,289) | (520,420) |
| | 32,160,646 | 31,861,239 | (299,407) | Deferred and refundable entrance fees, net | 28,175,321 | 31,861,239 | 3,685,918 |
| | 120,409,012 | 121,473,121 | 1,064,108 | **Total Liabilities** | 112,899,645 | 121,473,121 | 8,573,476 |
| | | | | **Net Assets (Deficit)** | | | |
| | | | | Unrestricted: | | | |
| | (42,031,129) | (42,703,877) | (672,747) | Operating | (38,785,213) | (42,703,877) | (3,918,664) |
| | 10,178,111 | 10,178,111 | - | Board designated funds | 10,178,111 | 10,178,111 | - |
| | (31,853,018) | (32,525,766) | (672,747) | Total unrestricted | (28,607,102) | (32,525,766) | (3,918,664) |
| | 119,963 | 119,963 | - | Temporarily restricted | 119,963 | 119,963 | - |
| | 411,128 | 411,128 | - | Permanently restricted | 411,128 | 411,128 | - |
| | (31,321,927) | (31,994,674) | (672,747) | **Total Net Assets (Deficit)** | (28,076,011) | (31,994,674) | (3,918,664) |
| $ | 89,087,085 | $ 89,478,446 | $ 391,361 | **Total Liabilities & Net Assets (Deficit)** | $ 84,823,634 | $ 89,478,446 | $ 4,654,812 |



**EPWORTH VILLA**

*A Life Plan Community*

**Statement of Activities**
**For the month and  nine months ended September 30, 2023**

| September Actual | September Budget | $ Variance | % Variance | | YTD Actual | YTD Budget | $ Variance | % Variance |
|---|---|---|---|---|---|---|---|---|
| | | | | **Operating Revenue** | | | | |
| $ 847,092 | $ 835,957 | $ 11,135 | 1.3% | Independent Living | $ 7,469,222 | $ 7,378,025 | $ 91,197 | 1.2% |
| 826,004 | 949,685 | (123,681) | -13.0% | Nursing | 8,043,810 | 8,642,142 | (598,332) | -6.9% |
| 608,139 | 593,380 | 14,759 | 2.5% | Assisted Living | 5,373,989 | 5,340,420 | 33,569 | 0.6% |
| 13,320 | 35,412 | (22,092) | -62.4% | Miscellaneous Revenue | 342,604 | 318,708 | 23,896 | 7.5% |
| 2,294,555 | 2,414,434 | (119,879) | -5.0% | **Total Operating Revenue** | 21,229,625 | 21,679,295 | (449,670) | -2.1% |
| | | | | **Operating Expenses** | | | | |
| 350,733 | 354,608 | 3,875 | 1.1% | General and Administrative | 3,303,645 | 3,267,978 | (35,667) | -1.1% |
| 34,753 | 36,995 | 2,242 | 6.1% | Human Development & Engagement | 325,335 | 331,165 | 5,830 | 1.8% |
| 142,994 | 128,239 | (14,755) | -11.5% | Marketing | 1,108,359 | 1,109,537 | 1,178 | 0.1% |
| 159,522 | 149,254 | (10,268) | -6.9% | Independent Living/Chaplain | 1,274,736 | 1,298,165 | 23,429 | 1.8% |
| 150,344 | 137,511 | (12,833) | -9.3% | Plant | 1,284,013 | 1,238,125 | (45,888) | -3.7% |
| 35,594 | 26,814 | (8,780) | -32.7% | Grounds | 237,991 | 241,326 | 3,335 | 1.4% |
| 38,135 | 32,950 | (5,185) | -15.7% | Safety | 318,115 | 296,950 | (21,165) | -7.1% |
| 70,956 | 71,440 | 484 | 0.7% | Housekeeping | 620,206 | 641,303 | 21,097 | 3.3% |
| 327,730 | 288,050 | (39,680) | -13.8% | Dining | 2,817,569 | 2,544,612 | (272,957) | -10.7% |
| 852,026 | 680,763 | (171,263) | -25.2% | Nursing | 6,891,835 | 6,340,547 | (551,288) | -8.7% |
| 417,076 | 336,814 | (80,262) | -24% | Assisted Living | 3,421,191 | 3,026,051 | (395,140) | -13% |
| 2,579,863 | 2,243,438 | (336,425) | -15.0% | **Total Operating Expenses** | 21,602,995 | 20,335,759 | (1,267,236) | -6.2% |
| (285,307) | 170,996 | (456,303) | -266.9% | **Net Operating Income (Loss)** | (373,370) | 1,343,536 | (1,716,906) | -127.8% |
| | | | | **Other Revenue** | | | | |
| 300 | - | 300 | 0.0% | Donations | 24,518 | - | 24,518 | 0.0% |
| 175 | - | 175 | 0.0% | Restricted Donations | 5,784 | - | 5,784 | 0.0% |
| 23,096 | 42,000 | (18,904) | -45.0% | Oil and Gas Royalties | 250,956 | 378,000 | (127,044) | -33.6% |
| - | - | - | 0.0% | Realized Gains (Losses) | - | - | - | 0.0% |
| 62,685 | 33,000 | 29,685 | 90.0% | Investment Income | 458,695 | 297,000 | 161,695 | 54.4% |
| 86,257 | 75,000 | 11,257 | 15.0% | **Total Other Revenue** | 739,953 | 675,000 | 64,953 | 9.6% |



EPWORTH VILLA
*A Life Plan Community*

**Statement of Activities**
**For the month and nine months ended September 30, 2023**

| September Actual | September Budget | $ Variance | % Variance | | YTD Actual | YTD Budget | $ Variance | % Variance |
|---|---|---|---|---|---|---|---|---|
| | | | | **Other Expenses** | | | | |
| (332,640) | (332,654) | (14) | 0.0% | Interest Expense | (2,993,814) | (2,993,886) | (72) | 0.0% |
| - | - | - | 0.0% | Use Temp Restricted Funds | (598) | - | 598 | 0.0% |
| (19,082) | (17,000) | 2,082 | -12.2% | Benevolent Funds and Scholarships | (173,799) | (153,000) | 20,799 | -13.6% |
| (351,722) | (349,654) | 2,068 | -0.6% | **Total Other Expenses** | (3,168,211) | (3,146,886) | 21,325 | -0.7% |
| | | | | **Non-Cash Income** | | | | |
| - | - | - | 0.0% | Realized Gains (Losses) | (4,527) | - | (4,527) | 0.0% |
| 180,055 | 181,667 | (1,612) | -0.9% | Entrance Fees Earned | 1,620,491 | 1,635,003 | (14,512) | -0.9% |
| - | - | - | 0.0% | Amortization Recognized | 2,750 | - | 2,750 | 0.0% |
| - | - | - | 0.0% | In-Kind Donations | 6,000 | - | 6,000 | 0.0% |
| 180,055 | 181,667 | (1,612) | -0.9% | **Total Non-Cash Income** | 1,624,714 | 1,635,003 | (10,289) | -0.6% |
| | | | | **Non-Cash Expenses** | | | | |
| (418,025) | (416,000) | 2,025 | -0.5% | Depreciation & Amortization | (3,745,300) | (3,726,000) | 19,300 | -0.5% |
| - | - | - | 0.0% | In-Kind Expense | (6,000) | - | 6,000 | 0.0% |
| (418,025) | (416,000) | 2,025 | -0.5% | **Total Non-Cash Expenses** | (3,751,300) | (3,726,000) | 25,300 | -0.7% |
| | | | | **Unrealized Gain/Loss Investment** | | | | |
| (14,160) | - | (14,160) | 0.0% | Unrealized Gain (Losses) | 35,910 | - | 35,910 | 0.0% |
| (14,160) | - | (14,160) | 0.0% | **Total Unrealized Gain/Loss Investment** | 35,910 | - | 35,910 | 0.0% |
| (517,596) | (508,987) | (8,609) | 1.7% | **Total Non Operating Expenses** | (4,518,934) | (4,562,883) | 43,949 | -1.0% |
| $ (802,904) | $ (337,991) | $ (464,913) | 137.6% | **Net Income (Loss)** | $ (4,892,304) | $ (3,219,347) | $ (1,672,957) | 52.0% |



**Statements of Cash Flows**
**For the month and  nine months ended September 30, 2023**

| | September | YTD |
|---|---|---|
| Cash flows from operating activities | | |
| Net surplus (deficit) | $ (672,747) | $ (3,918,664) |
| Adjustments to reconcile change in net deficit to | | |
| net cash provided by operating activities: | | |
| Depreciation and Amortization | 418,025 | 3,745,300 |
| Unrealized (Gain) Loss on investments | 14,160 | (35,910) |
| Net change in related party activity | (525,087) | (520,420) |
| Entrance fees earned | (180,055) | (1,623,241) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 5,384 | 114,694 |
| Prepaid expenses and other assets | (86,343) | (56,372) |
| Accounts payable and other liabilities | 817,572 | 896,584 |
| Accrued payroll and employee benefits | 71,224 | (207,845) |
| Accrued interest payable on long-term debt | 332,654 | 2,993,883 |
| Net cash provided by (used in) operating activities | 194,786 | 1,388,011 |
| | | |
| Cash flows from investing activities | | |
| Net (additions) reductions to property and equipment | (518,254) | (2,319,458) |
| Net (additions) reductions to investments | 14,182 | 432,859 |
| Net cash provided by (used in) investing activities | (504,073) | (1,886,599) |
| | | |
| Cash flows from financing activities | | |
| Proceeds from restricted assets | 219,470 | 1,491,581 |
| Entrance fees and deposits received | 31,991 | (581,875) |
| Refunds of entrance fees and deposits | (7,040) | (62,300) |
| Entrance fee promissory notes receivable | (84,771) | (660,770) |
| Net cash used in financing activities | 159,650 | 186,636 |
| | | |
| Net increase (decrease) in cash | (149,636) | (311,952) |
| Cash and cash equivalents at beginning of period | 497,112 | 659,428 |
| Cash and cash equivalents at end of period | $ 347,475 | $ 347,475 |

## Epworth Villa
## 2023 Capital Budget

| Item # | Description | 0 | Budgeted Cost | Actual Cost As of September 30, 2023 |
|---|---|---|---|---|
| 1 | Brick Veneer | | $ 2,675 | |
| 2 | Site Concrete | | $ 3,000 | |
| 3 | Signage | | $ 3,750 | |
| 4 | HVAC on roof above Redbud | | $ 4,985 | |
| 5 | Landscaping | | $ 5,000 | |
| 6 | Kitchen/Dining smallwares | | $ 5,000 | |
| 7 | China/Glass/Silver | | $ 5,000 | |
| 8 | Replace Copper Domestic Water Piping with CPVC or PEX | | $ 5,350 | |
| 9 | Exit Doors | | $ 6,420 | |
| 10 | Elevator Repairs | | $ - | $ 7,621 |
| 11 | New dryer valve | | $ - | $ 8,328 |
| 12 | Drum Drip for IL West Entry 1st Fl | | $ - | $ 9,112 |
| 13 | AL East Brick & Window Sealing | | $ - | $ 9,945 |
| 14 | Siding and Trim | | $ 10,000 | |
| 15 | Pool equipment (heater, filter, decking)--in place of pool replacement | | $ 10,000 | |
| 16 | Seal coat & Re-stripe Asphalt Pavement IL | | $ 10,700 | |
| 17 | Soffit & Boxed Faces Replacement | | $ - | $ 12,260 |
| 18 | HVAC-Packaged RTU-Kitchen | | $ 14,829 | |
| 19 | Asphalt Repairs/sub-grade repairs | | $ 15,000 | |
| 20 | Lobby Window/Roof Repair | | $ 19,000 | |
| 21 | Repair/Replace Carport Columns | | $ 20,000 | |
| 22 | Recliners in Households | | $ 20,000 | |
| 23 | Replace Hot Water Heater HH2 | | $ - | $ 22,680 |
| 24 | Access Control-Badge Type | | $ 25,000 | |
| 25 | Resident Access Control-Ving Cards | | $ 25,000 | |
| 26 | Coffee lounge repair | | $ - | $ 25,308 |
| 27 | Replace Hot Water Heater HH3 | | $ - | $ 27,850 |
| 28 | HVAC-Kitchen make-up air | | $ 53,500 | |
| 29 | Exterior Paint and Caulk | | $ 60,000 | |
| 30 | Fan Coil Units IL North and South Resident Units (Z Report was not indexed) | | $ 64,200 | |
| 31 | Kitchen/Redbud Roof | | $ 85,600 | |
| 32 | Sara system | | $ 100,000 | |
| 33 | Contingency | | $ 200,000 | |
| 34 | IL East Elevator | | $ 928,281 | |
| 35 | Unit upgrades paid by resident | | $ - | $ 53,259 |
| 36 | Video Surveillance Server | | $ - | $ 12,939 |
| | Subtotal | | $ 1,702,290 | $ 189,301 |
| | | | | |
| | Apartment/Cottage Refurbishments | | $ 1,155,600 | $ 612,362 |
| | | | | |
| | Grand Total | | $ 2,857,890 | $ 801,663 |

Epworth Villa
Entrance Fee Refunds Due
September 30, 2023

| EV REFUNDS AS OF 9/30/2023 | | Amount | # of Residents |
|---|---|---|---|
| **DUE NOW** | | | |
| Residents not in Community, Unit Sold | | 3,583,089 | 36 |
| | | | |
| **NOT ALL CONDITIONS MET** | | | |
| Residents in Healthcare, Unit Sold, Refund due upon departure | $ | 2,563,848 | 19 |
| Residents in Healthcare, Unit Not Sold | | 621,275 | 4 |
| Residents not in Community, Unit Not Sold | | 2,975,384 | 21 |
| Total | $ | 6,160,507 | 44 |
| | | | |
| Total Due or Partially Due | $ | 9,743,597 | 80 |

**Epworth Villa**
**Benevolent Fund Activity**
**As of September 30, 2023**

| | Benevolence Fund |
|---|---:|
| Beginning Year Balance | $ 355,557 |
| Interest Income | 2,712 |
| Dividends | 54 |
| Contributions | - |
| Realized Gain (Loss) | - |
| Unrealized Gain (Loss) | 218 |
| Fees | (178) |
| Withdrawals to Operations | (300,000) |
| Ending Balance | $ 58,364 |