# EXHIBIT 5

**(Feasibility Financial Projections)**

{2706834;2}

# Long Term Projections

|  | Projections ($000's) | | | | | |
|---|---|---|---|---|---|---|
|  | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
| **Cash Flow Summary:** | | | | | | |
| Operating Revenue | $28,370 | $29,915 | $31,141 | $32,493 | $33,429 | $34,396 |
| Operating Expenses | 27,629 | 28,352 | 28,937 | 29,617 | 30,405 | 31,223 |
| **Net Operating Margin** | **741** | **1,563** | **2,205** | **2,876** | **3,024** | **3,173** |
| Turnover Entrance Fees Received | 10,176 | 8,618 | 8,877 | 9,143 | 9,418 | 8,389 |
| Transfer to Entrance Fee Escrow | (10,176) | 0 | 0 | 0 | 0 | 0 |
| Entrance Fees Refunded | 0 | (3,570) | (3,677) | (3,788) | (3,901) | (3,572) |
| Refund Drawdowns | (233) | (240) | (247) | (254) | (262) | (270) |
| **Subtotal - Net Cash Flow From Entrance Fees** | **(233)** | **4,808** | **4,953** | **5,101** | **5,254** | **4,547** |
| Investment Income | 161 | 166 | 171 | 176 | 181 | 186 |
| Oil & Gas Royalties | 402 | 402 | 402 | 402 | 402 | 402 |
| Benevolent Fund transfer | 488 | 0 | 0 | 0 | 0 | 0 |
| Donations & Contributions | 93 | 96 | 99 | 102 | 105 | 108 |
| **Cash Available for Debt Service** | **1,651** | **7,035** | **7,829** | **8,656** | **8,966** | **8,417** |
| Interest and Related Expenses | 0 | (3,986) | (4,148) | (4,098) | (4,022) | (3,917) |
| Routine Capital Expenditures | (1,015) | (2,187) | (1,978) | (1,172) | (1,181) | (1,601) |
| IL Apartment Refurbishments | (1,335) | (1,336) | (1,376) | (1,417) | (1,458) | (1,299) |
| Elevator Replacement Project | (90) | (893) | 0 | 0 | 0 | 0 |
| Cap Ex Fund Reimbursements | 0 | 4,416 | 984 | 0 | 0 | 0 |
| Dip Loan Proceeds | 2,600 | 1,000 | 0 | 0 | 0 | 0 |
| Professional Fees (Non-Operating) | (2,311) | 0 | 0 | 0 | 0 | 0 |
| **Annual Net Cash Flow Projections** | **(500)** | **4,049** | **1,310** | **1,969** | **2,305** | **1,600** |

4

# Long Term Projections

|  | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---:|---:|---:|---:|---:|---:|
| **Cash Reserves Summary:** | | | | | | |
| Beginning Balance Operating Fund & Revenue Fund | 907 | 407 | 3,876 | 3,963 | 4,044 | 4,136 |
| Add: Annual Net Cash from Operations | (500) | 4,049 | 1,310 | 1,969 | 2,305 | 1,600 |
| Administrative Costs | 0 | (207) | 0 | 0 | 0 | 0 |
| Transfer to/from Entrance Fee Escrow/Bond Proceeeds | 0 | 5,396 | 0 | 0 | 0 | 0 |
| Transfer (to)/from Operating Reserve Fund | 0 | (2,326) | (57) | (40) | (44) | (43) |
| Transfer from Series 2023A DSRF for final redemption | 0 | 0 | 0 | 0 | 504 | 0 |
| Transfer Series 2023A Debt Redemption first $2 million | 0 | (2,000) | 0 | 0 | 0 | 0 |
| Transfer Series 2023A Debt Redemption @ 55% | 0 | (794) | (642) | (1,016) | (1,470) | (139) |
| Transfer to Unrestricted Excess Cash Account @ 25% | 0 | (361) | (292) | (462) | (668) | (366) |
| Transfer to Series 2023B Debt Service Reserve Fund @20% | 0 | (289) | (233) | (370) | (534) | (894) |
| Ending Cash Balance Operating Fund & Revenue Fund | **407** | **3,876** | **3,963** | **4,044** | **4,136** | **4,294** |
| **Operating Reserve Fund** | | | | | | |
| Operating Reserve Fund beginning balance | - | - | 2,326 | 2,382 | 2,422 | 2,467 |
| Transfers to/from operations | - | 2,326 | 57 | 40 | 44 | 43 |
| Ending Operating Reserve Fund | **-** | **2,326** | **2,382** | **2,422** | **2,467** | **2,510** |
| **Benevolent Fund** | | | | | | |
| Benevolent Fund beginning balance | 488 | - | - | - | - | - |
| Transfers to operations | (488) | - | - | - | - | - |
| **Ending Benevolent Funds** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Trustee Held Funds** | | | | | | |
| Series 2023A Proceeds | 0 | 6,000 | 0 | 0 | 0 | 0 |
| Transfer to DSRF (2023A) | 0 | (504) | 0 | 0 | 0 | 0 |
| Transfer from Operations | 0 | 24 | 0 | 0 | 0 | 0 |
| Closing Costs | 0 | (120) | 0 | 0 | 0 | 0 |
| Transfer to Project Fund (Cap Ex) | 0 | (5,400) | 0 | 0 | 0 | 0 |
| Ending Proceeds | 0 | 0 | 0 | 0 | 0 | 0 |
| Repair & Replacement Fund beginning balance | 0 | 0 | 984 | 0 | 0 | 0 |
| Transfer from Bond Proceeds | 0 | 5,400 | 0 | 0 | 0 | 0 |
| Transfer to Operations for Capital Projects | 0 | (4,416) | (984) | 0 | 0 | 0 |
| Repair & Replacement Fund Ending Balance | 0 | 984 | 0 | 0 | 0 | 0 |
| Entrance Fee Escrow Beginning Balance | 7,361 | 17,537 | 0 | 0 | 0 | 0 |
| Transfer to Entrance Fee Escrow | 10,176 | 0 | 0 | 0 | 0 | 0 |
| Entrance Fee Refunds | 0 | (6,206) | 0 | 0 | 0 | 0 |
| Closing Costs | 0 | (840) | 0 | 0 | 0 | 0 |
| Administative Expenses | 0 | (1,471) | 0 | 0 | 0 | 0 |
| Dip Loan Repayment | 0 | (3,600) | 0 | 0 | 0 | 0 |
| Transfer to Operations | 0 | (5,420) | 0 | 0 | 0 | 0 |
| Entrance Fee Escrow Ending Balance | 17,537 | 0 | 0 | 0 | 0 | 0 |
| 2023A Debt Service Fund (Principal) beginning balance | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfer from Cash Waterfall | 0 | 2,794 | 642 | 1,016 | 1,470 | 139 |
| Pre-Payment Premium 1% | 0 | (28) | (6) | (10) | (15) | (1) |
| Series 2023A Principal Payment-12/1 | 0 | (2,766) | (635) | (1,006) | (1,455) | (138) |
| 2023A Debt Service Fund (Principal) Ending Balance | 0 | 0 | 0 | 0 | 0 | (0) |
| Unrestricted Excess Cash Account | 0 | 361 | 653 | 1,114 | 1,782 | 2,148 |
| Debt Service Reserve Fund (2023A) | 0 | 504 | 504 | 504 | 0 | **0** |
| Debt Service Reserve Fund (2023B) | 0 | 1,289 | 1,522 | 1,892 | 2,426 | 3,320 |
| Other Trustee Held Funds | 1,000 | 0 | 0 | 0 | 0 | 0 |
| **Total Trustee Held Funds** | **$18,537** | **$3,138** | **$2,679** | **$3,510** | **$4,208** | **$5,468** |
| **Total Cash** | **$18,944** | **$9,339** | **$9,023** | **$9,976** | **$10,811** | **$12,272** |
| Series 2023A Bonds | | $3,234 | $2,599 | $1,593 | $138 | ($0) |
| Series 2023B Bonds | | $66,700 | $66,700 | $66,700 | $66,700 | $66,700 |
| Series 2023C Bonds | | $13,714 | $13,714 | $13,714 | $13,714 | $13,714 |
| **Total Debt Outstanding** | | **$83,648** | **$83,013** | **$82,007** | **$80,552** | **$80,414** |
| **Ratios Summary:** | | | | | | |
| **Annual Debt Service** | - | 3,986 | 4,148 | 4,098 | 4,022 | 3,917 |
| **Max Annual Debt Service Requirement** | N/A | 6,103 | 6,103 | 6,103 | 6,103 | 6,103 |
| **Debt Service Coverage Ratio - (Annual Debt Service)** | N/A | 1.76 | 1.89 | 2.11 | 2.23 | 2.15 |
| **Debt Service Coverage Ratio (MADS)** | N/A | 1.15 | 1.28 | 1.42 | 1.47 | 1.38 |
| **Days Cash on Hand (includes Revenue/ORF & Excess Cash Fund)** | 5 | 74 | 77 | 82 | 89 | 93 |