IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re<br><br>CENTRAL OKLAHOMA UNITED METHODIST RETIREMENT FACILITY, INC. *dba* EPWORTH VILLA,<br><br>      Debtor. | Chapter 11<br><br>Case No. 23-12607-SAH |

**NOTICE AND APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

  COMES NOW, Wyatt D. Swinford, of Elias, Books, Brown, & Nelson, P.C., and hereby enters his appearance on behalf of the Estate of Addilee Coleman ("Estate") and Laura Dunlevy as executrix of the Estate, Creditor in the above referenced proceedings and, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, be given to and served upon its attorney of record as follows:

Wyatt D. Swinford
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Ste. 1300
211 N. Robinson Ave.
Oklahoma City, Oklahoma 73102-6803
Phone: (405) 232-3722
Fax: (405) 232-3746
wswinford@eliasbooks.com

  This request encompasses all notices, copies, and pleadings referred to in Rule 2002, and 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek the captioned proceeding.

Dated: November 29, 2023

Respectfully submitted,

 s/Wyatt D. Swinford
Wyatt D. Swinford, OBA No. 32520
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Suite 1300
211 N. Robinson
Oklahoma City, Oklahoma 73102-7114
Telephone: 405/232-3722
Facsimile: 405/232-3746
Email: wswinford@eliasbooks.com

**ATTORNEY ESTATE OF ADDILEE COLEMAN AND LAURA DUNLEVY, EXECUTRIX, CREDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, a true and correct copy of this Request for Notice was served on all parties entitled to such service via the Court's ECF System.

 s/Wyatt D. Swinford
Wyatt D. Swinford

2